```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A02-0224--CV (HRH)
         "JACK LAWRENCE EARL JR V CRAIG TURNBULL ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Referral Rule:   2, Dkt 47
           Filed:   09/10/02
          Closed:   NO

    Jurisdiction:   (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit:   (530) Habeas Corpus: General
                    28 USC 2254
          Origin:   (1) Original Proceeding
          Demand:
      Filing fee:   Paid $5.00 on 09/10/02 receipt # 00118383
        Trial by:
```

Parties of Record:                        Counsel of Record:

PLF 1.1          EARL, JACK LAWRENCE JR.        Mary C. Geddes
                                                Federal Public Defender
                                                550 W. 7th Avenue, Suite 1600
                                                Anchorage, AK 99501
                                                907-646-3400
                                                FAX 907-646-3408

DEF 1.1          TURNBULL, CRAIG                Kenneth M. Rosenstein
                                                Attorney General's Office
                                                OSPA
                                                310 K Street, Suite 308
                                                Anchorage, AK 99501
                                                907-269-6250
                                                FAX 907-269-6270

DEF 2.1      [T] ALASKA, ATTORNEY GENERAL OF THE   No counsel found for this party!
                 STATE OF

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A02-0224--CV (HRH)
         "JACK LAWRENCE EARL JR V CRAIG TURNBULL ET AL"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  2, Dkt 47
            Filed:  09/10/02
           Closed:  NO

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (530) Habeas Corpus: General
                    28 USC 2254
           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  Paid $5.00 on 09/10/02 receipt # 00118383
         Trial by:
```

```
Document #   Filed      Docket text

    1 -   1  09/10/02   PLF 1 Petition for Writ of H/C per 28:2254.

    2 -   1  09/10/02   PLF 1 motion for appointment of counsel w/exhs.

    3 -   1  09/18/02   HRH Order Directing Service & Response; clk to send cy of doc #1 w/this
                        ord to Douglas Kossler; AAG of the State of AK is dism as a resp; mot
                        for appt of cnsl (2-1) granted; FPD to designate CJA cnsl; cnsl to
                        confer w/petitioner & file a signed 2254 pet due 10/17/02; resp ans due
                        11/16/02; case referred to MJ Branson per 4,5 & 11. cc: cnsl, FPD CJA
                        Clerk, MJ Branson

    4 -   1  10/10/02   PLF 1 Unopposed motion for extension of time (30 days) to file amended
                        petition w/att aff.

    5 -   1  10/15/02   AHB Order granting motion Unopposed motion for extension of time (30
                        days) to file amended petit (4-1); amended pet due COB 11/18/02;
                        response due 12/23/02.  cc: cnsl

    6 -   1  10/23/02   DEF 1 Attorney Appearance of K. M. Rosenstein (AAG-308).

    7 -   1  10/28/02   DEF 1 Attorney Substitution of K. M. Rosenstein for Douglas H. Kossler.

    8 -   1  11/18/02   PLF 1 Petition for Writ of H/C per 28:2254(Amended).

    9 -   1  12/20/02   DEF 1 motion for more definite statement.

   10 -   1  01/06/03   PLF 1 motion to extend time to respond to respondent's motion for more
                        definite statement w/att affd.

   11 -   1  01/07/03   AHB Order granting motion to extend time to respond to respondent's
                        motion for more definite statement (10-1); response to COB 1/21/03.  cc:
                        cnsl

   12 -   1  01/14/03   PLF 1 Notice of filing statement of Jack Earl re: DEF 1 motion for more
                        definite statement. (9-1)

   13 -   1  02/04/03   AHB Minute Order granting motion for more definite statement (9-1);
                        further clarification/second amended pet due NLT COB 2/18/03.  cc: cnsl
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A02-0224--CV (HRH)
          "JACK LAWRENCE EARL JR V CRAIG TURNBULL ET AL"

                       For all filing dates

Document #   Filed      Docket text

  14 -   1   02/04/03   PLF 1 Attorney Appearance of Mary C. Geddes (FPD).

  15 -   1   02/05/03   PLF 1 Errata re: 14.

  16 -   1   02/12/03   PLF 1 Unopposed motion for extension of time (to 3/4/03) to file second
                        amended pet.

  17 -   1   02/13/03   AHB Minute Order granting motion Unopposed motion for extension of time
                        (to 3/4/03) to file second amended (16-1); second amended pet due NLT
                        COB 3/4/03; respondent's answer/responsive pleading due NLT COB 4/18/03.
                        cc: cnsl

  18 -   1   03/04/03   PLF 1 Clarification of ground four in petition for writ of Habeas Corpus
                        28:2254.

  19 -   1   04/18/03   DEF 1 Answer to amended and clarified for writ petition for writ of
                        habeas corpus w/att memo.

  20 -   1   07/25/03   AHB Minute Order re S&P Conf set for 10:00 a.m. 8/6/03. cc: cnsl

  21 -   1   08/08/03   AHB Court Minutes [ECR: Robin Carter] re S&P Conf hld 8/6/03; pltf's
                        answer to the issue of exhaustion of remedies raised by def 9/22/03;
                        pltf's brief due 60 days after resolution of exhasution issue; def's
                        brief due 60 dayse thereafter; reply brief due 30 days therafter. cc:
                        cnsl

  22 -   1   09/18/03   PLF 1 Answer to Respondent's argument that claim four was not exhausted.

  23 -   1   09/24/03   DEF 1 Response to Answer to Argument that Claim Four was not exhausted.

  24 -   1   10/31/03   Motion (see R&R below).

  24 -   2   10/31/03   Initial R&R re: exhaustion of claim number four; recommends a finding
                        that claim #4 has not been exhausted; Earl must either amend pet to
                        correct error or w/draw pet and exhaust state crt remedies.  Objections
                        due 11/13/03. Reply due 11/21/03. cc: cnsl, Judge Holland

  25 -   1   11/12/03   PLF 1 objection to R&R re: exhaustion of claim four (24-1).

  26 -   1   11/21/03   DEF 1 reply to objection to R&R re: Motion (see R&R below). (24-1).

  27 -   1   12/01/03   Final R&R declines to modify initial R&R; matter forwarded to trial
                        judge for determination re: 24-1.  cc: cnsl, Judge Holland

  28 -   1   01/15/04   HRH Order re: petition for Writ of Habeas Corpus - 28 U.S.C. § 2255.
                        The plf must either amend his petition so as to delete the contention
                        which has not been exhausted, or withdraw his petition and exhaust state
                        remedies.  Plf shall take one or the other of the foregoing courses of
                        action by 2/16/04.  Court adopted R&R re: motion (24-1).  cc: cnsl, MJ
                        Branson

  29 -   1   02/17/04   PLF 1 motion for stay of dismissal.

  30 -   1   02/23/04   DEF 1 opposition to PLF 1 motion for stay of dismissal (29-1).

  31 -   1   03/10/04   HRH Minute Order denying motion for stay of dismissal (29-1).  cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0224--CV (HRH)
                       "JACK LAWRENCE EARL JR V CRAIG TURNBULL ET AL"

                                   For all filing dates


 Document #    Filed        Docket text

   32 -   1   03/26/04   PLF 1 motion of stay of federal proceedings pending state court
                         exhaustion of ground.

   33 -   1   03/31/04   DEF 1 limited opposition to PLF 1 motion of stay of federal proceedings
                         pending state court exhaustion of ground. (32-1)

   34 -   1   04/06/04   PLF 1 reply to opposition to PLF 1 motion of stay of federal proceedings
                         pending state court exhaustion of ground (32-1).

   35 -   1   04/12/04   HRH Order granting mot of stay of federal proceedings pending state crt
                         exhaustion of grounds (32-1); proceedings stayed until earlier of state
                         crt ruling on unexhausted clm or 3/30/05; if state crt proceedings not
                         concluded  by 3/30/05 plf may seek further ext. cc: cnsl

   36 -   1   05/10/05   HRH Order re: case stat; petitioner to show cause by 5/27/05 why
                         proceedings shouldn't be terminated for lack of prosecution. cc: cnsl

   37 -   1   05/24/05   PLF 1 Response to Order to show cause.

   37 -   2   05/24/05   PLF 1 Unopposed motion to stay pending State Supreme Court action.

   38 -   1   05/26/05   HRH Order granting unoppo mot to stay pending State Supreme Court action
                         (37-2); monthly stat rpts to be fld beginning 6/25/05. cc: cnsl

   39 -   1   05/27/05   PLF 1 Status Report.

   40 -   1   06/09/05   PLF 1 Status Report.

   41 -   1   06/13/05   DEF 1 Response to stat rpt.

   41 -   2   06/13/05   DEF 1 motion for extension of time until 10 days after plaintiff files
                         memo or 7/6/05, whichever is later.

   42 -   1   06/17/05   PLF 1 motion for reconsideration of decision that petition includes an
                         unexhausted claim.

   43 -   1   06/28/05   HRH Order that reference to MJ Branson w/drwn; stay of proceedings is
                         lifted; granting mot for ext of time (41-2);  respondent's oppo to mot
                         for reconsideration due 7/6/05; crt will entertain reply re: mot for
                         reconsideration. cc: cnsl

   44 -   1   07/06/05   DEF 1 opposition to PLF 1 motion for reconsideration of decision that
                         petition includes an unexhausted claim (42-1).

   45 -   1   07/18/05   PLF 1 reply to opposition to PLF 1 motion for reconsideration of
                         decision that petition includes an unexhausted claim (42-1).

   46 -   1   08/10/05   DEF 1 Notice of Supplemental authority re: oppo to PLF 1 motion for
                         reconsideration of decision that petition includes an unexhausted claim
                         (42-1).

   47 -   1   08/18/05   HRH Order granting motion for reconsideration of decision that petition
                         includes an unexhausted claim (42-1).  The court's order of 1/15/04 is
                         readopted as amplified by this order.  The petitioner may abandon his
                         claim based on Reape's testimony, or undertake to show cause and
                         prejudice or a  fundamental miscarriage of justice as to this
                         procedurally defaulted claim.  The case is referred to the magistrte

 ACRS: R_VDSDX              As of 12/01/05 at 3:03 PM by GARRY                        Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0224--CV (HRH)
                     "JACK LAWRENCE EARL JR V CRAIG TURNBULL ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | judge for further proceedings on the petition.  cc: cnsl |
| 48 - 1 | 08/18/05 | JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: cnsl |
| 49 - 1 | 08/19/05 | JDR Minute Order status conf set for 9/2/05 at 9:30 a.m. cc: cnsl |
| 50 - 1 | 08/23/05 | PLF 1 motion on shortened time to continue status conference. |
| 51 - 1 | 08/24/05 | MEG Order granting motion on shortened time to continue status conference (50-1); status conf RESET for 9/7/05 at 9:30 a.m. cc: cnsl |
| 52 - 1 | 09/08/05 | JDR Court Minutes [ECR: Caroline Edmiston] Status Hearing (held 09/07/05); Petitioner will undertake to show cause and prejudice or a fundamental miscarriage of justice as to this procedurally defaulted claim; pet to file motion by 09/30/05; resp to file response by 10/28/05; pet to file reply by 11/04/05.  CC: cnsl, Judge Holland. |
| 53 - 1 | 09/30/05 | PLF 1 motion (that US District Court finds operation of AK Appellate Rule 303 excuses any arguable default) response to court's order @ dkt 47. |
| 54 - 1 | 10/28/05 | DEF 1 opposition to PLF 1 motion (that US District Court finds operation of AK Appellate Rule 303 excuses any arguable default) response to court's order @ dkt 47 (53-1). |
| 55 - 1 | 11/23/05 | Initial R&R re: PLF 1 motion (that US District Court finds operation of AK Appellate Rule 303 excuses any arguable default) response to court's order @ dkt 47 (53-1); Recommends that ground 4 of the petition for H/C be dismissed; Objections due 12/15/05. Reply due 12/29/05. cc: cnsl, Judge Holland |