

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 PM 4: 11

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>　　　　　　　Respondent. | Case No. A02-0224 CV (HRH)<br><br>**OBJECTION AND REQUEST FOR CLARIFICATION** |

　　　　Mr. Earl would rely upon his prior pleading (Response to Court's order at Docket 47) as the basis for objection to the magistrate judge's report, with the following addition, which is specific to the magistrate's recommendation.

　　　　The magistrate judge has recommended that claim 4 be dismissed, but that recommendation sweeps more broadly than the district court itself had intended. Claim 4 was originally stated as, "The state trial court erred in denying the defense motion for

56

a mistrial, based upon the distinctive placement of security guards during the testimony of in-custody witnesses."

A more developed description subsequently was provided in a three page filing, in which it was stated, "Mr. Earl moved for a mistrial based upon the combined prejudice of two events that occurred during the defense case, and which were not attributable to the defendant." It was this later description which referenced the prejudicial testimony elicited from Cyrus Reape.

The state's objection to Claim 4 was the expanded description, not the core issue of security guard placements, which was preserved and presented to the state Supreme Court.

As Mr. Earl understands it, the court is proposing and preparing to dismiss only that aspect of Claim 4 which is based upon Mr. Reape's testimony. If the undersigned has misunderstood the court's intent, then she respectfully requests an opportunity to further respond. The undersigned will be on leave from December 19 through January 2.

///

///

///

///

2

DATED this 15th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Mary C. Geddes*
Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on December 15, 2005,
I mailed a copy of this document to:

Kenneth M. Rosenstein, Esq.
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501

*/s/ Lenora L. Roehling*
Lenora L. Roehling