DAVID W. MÁRQUEZ
ATTORNEY GENERAL OF
THE STATE OF ALASKA

Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
907-269-6250

Attorney for Respondent

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 2: 22

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Petitioner, ) | No. A02-224 CV (HRH) |
| ) | |
| vs. ) | RESPONSE TO EARL'S |
| ) | OBJECTION TO MAGISTRATE |
| CRAIG TURNBULL, ) | JUDGE'S RECOMMENDATION |
| ) | |
| Respondent. ) | |
| ) | |

The respondent's understanding of the district court's order [Docket 47] is consistent with Earl's. Earl's claim 4 encompassed two distinct claims: (1) the purported prejudicial effect of the placement of judicial service officers during Earl's trial and (2) the purported prejudicial effect of Cyrus Reape's testimony that he and Earl had been institutionalized together. The

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

district court ruled that Earl properly exhausted the first claim. The court further ruled that the second claim, relating to Reape's testimony, should be dismissed absent a showing cause and prejudice, which Earl has failed to make.

DATED this 29th day of December, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL OF
THE STATE OF ALASKA

By: _____
Kenneth M. Rosenstein (7605051)
Assistant Attorney General

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250