## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  JACK LAWRENCE EARL   v.   CRAIG TURNBULL, ET AL.

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                    CASE NO.   3:02-CV-224 (HRH)

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 4, 2006

       In light of the court's Final Report and Recommendation issued at Clerk's Docket No. 58, the petitioner's motion for clarification, Clerk's Docket No. 56, is hereby denied as moot.

[]{IA.WPD*Rev.12/96}