UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,

                              Petitioner,                    Case No. 3:02-cv-0224-HRH

        vs.

CRAIG TURNBULL,                                      **PROPOSED ORDER GRANTING
                                                      EXTENSION OF TIME**

                              Respondent.

After due consideration of petitioner's motion on shortened time, the court

GRANTS the motion.

After due consideration of petitioner's Motion for Extension of Time to Allow

Filing of Merit Brief, the motion is GRANTED.  Petitioner's brief regarding the merits in this

matter is due on May 30, 2006.

        DATED _____, 2006, in Anchorage, Alaska.


                                        _____
                                                    John D. Roberts
                                            United States Magistrate Judge