UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>               Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>               Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**PROPOSED ORDER GRANTING EXTENSION OF TIME** |

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's Motion for Extension of Time to Allow Filing of Merit Brief, the motion is GRANTED.  Petitioner's brief regarding the merits in this matter is due on July 31, 2006.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge