Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>               Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>               Respondent. | Case No. 3:02-cv-0224-HRH<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO ALLOW FILING OF MERIT BRIEF<br><br>(Filed on Shortened Time) |

      Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time in which to file his brief on the merits in this matter.  The brief is due today.  A six-week extension is requested.  Mr. Earl agrees with the filing of this motion, and the respondent's counsel, Ken Rosenstein, is agreeable to the continuance.

      Counsel agree to continue briefing in this case due to other matters which have prevented Mr. Earl's counsel from working on his brief.  Counsel returned to work on July 5,

2006, after an extended leave. In addition to other deadlines, she found she had four oral arguments scheduled before the Ninth Circuit for the week of July 24, 2006. (One of those cases was submitted on the briefs a week before argument.) In one of the Ninth Circuit cases, the Ninth Circuit did not submit the case on the briefs, but has directed the parties to effectuate a speedy resolution if possible. Consequently, the undersigned expects she will spend a great deal of time this coming month in resolving the issue which was raised on appeal. For that reason, Mr. Earl requests a six-week continuance.

DATED this 31st day of July 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on July 31, 2006, a copy of the
foregoing document was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes