UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>        Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>        Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**PROPOSED ORDER** |

After due consideration of petitioner's Unopposed Motion for Extension of Time to Allow Filing of Merit Brief, the court GRANTS/DENIES the motion.

IT IS HEREBY ORDERED that the deadline for filing Mr. Earl's brief on the merits, currently due July 31, 2006, is continued for six weeks, to _____ _____, 2006.

        DATED _____, 2006, in Anchorage, Alaska.

        _____
        H. RUSSEL HOLLAND
        United States District Court Judge