Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>    Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ALLOW FILING OF MERIT BRIEF**<br>(Filed on Shortened Time) |

Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an extension of time in which to file his brief on the merits in this matter. The brief is due today; the proposed deadline will be October 19, 2006. An additional five-week extension is requested, but hopefully Mr. Earl's counsel will be able to file her brief in advance of that deadline.

During the past month, counsel switched to 4/5 time and had several unanticipated assignments, such as two petitions for rehearing, three pretrial motions and a lengthy responsive

pleading in a habeas case, which interfered with her ability to work on Mr. Earl's case. She believes she will have no such problems in the near future.

Mr. Earl agrees with the filing of this motion, and the respondent's counsel, Ken Rosenstein, has been contacted and is agreeable to the continuance.

DATED this 15th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on September 15, 2006, a copy of the foregoing document was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes