UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>    Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**PROPOSED<br>ORDER GRANTING TIME** |

  After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

  After due consideration of petitioner's Unopposed Motion for Extension of Time to Allow Filing of Merit Brief, the court GRANTS the motion.

  IT IS HEREBY ORDERED that the deadline for filing Mr. Earl's brief on the merits, currently due September 15, 2006, is continued for five weeks, to October 19, 2006.

  DATED _____, 2006, in Anchorage, Alaska.

                _____
                H. Russel Holland
                United States District Court Judge