Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Petitioner, <br><br> vs. <br><br> CRAIG TURNBULL, <br><br> Respondent. | Case No. 3:02-cv-0224-HRH <br><br> **ERRATA REGARDING PROPOSED ORDER GRANTING TIME AT DOCKET NO. 70** |

    Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby notifies the court and counsel that the proposed order filed at Docket No. 70 was drafted for Judge Holland's signature, rather than for Judge Roberts' signature. Pursuant to directions from the court, a corrected proposed order is filed herewith.

DATED this 15th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on September 15, 2006, a copy of the foregoing document was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes