UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,

               Petitioner,

    vs.

CRAIG TURNBULL,

               Respondent.

Case No. 3:02-cv-0224-HRH

**PROPOSED
ORDER GRANTING TIME**

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's Motion for Extension of Time to Allow Filing of Merit Brief, the court GRANTS the motion.

IT IS HEREBY ORDERED that the deadline for filing Mr. Earl's brief on the merits, currently due October 19, 2006, is continued to November 23, 2006.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge