UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., <br><br> Petitioner, <br><br> vs. <br><br> CRAIG TURNBULL, <br><br> Respondent. | Case No. 3:02-cv-0224-HRH <br><br> **PROPOSED ORDER EXTENDING TIME TO FILE BRIEF** |

After due consideration of petitioner's motion on shortened time, the court GRANTS the motion.

After due consideration of petitioner's Unopposed Motion to Extend Time for Briefing, the motion is GRANTED. Petitioner's brief regarding the merits in this matter is due on February 8, 2007.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge