Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>      Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>      Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**UNOPPOSED MOTION TO FILE EXHIBITS TWO BUSINESS DAYS LATE** |

    Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this honorable court to allow the late filing of exhibits in support of his Brief on the Merits.  Mr. Earl proposes to file the exhibits two business days late because his counsel will be in Juneau tomorrow.  Counsel for the Respondent, Ken Rosenstein, does not oppose this late filing.

    This short delay is necessary for two reasons.  Two of the paper exhibits were lately obtained, one this morning and one this afternoon.  Also, until this afternoon, this law

office had been under the impression that the 1800 pages of state court records should be electronically filed and office staff had been so preparing them. Now, having been informed otherwise, additional paper copies will need to be made and compiled for filing and service.

DATED this 29th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 29, 2007, a copy of the
foregoing document, with attachments, was
served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes