UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>               Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>               Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**PROPOSED ORDER PERMITTING LATE FILING OF EXHIBITS** |

After due consideration of petitioner's Unopposed Motion to File Exhibits Two Business Days Late, the court GRANTS the motion.  Petitioner shall have until close of business on January 31, 2007.

       DATED _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge