Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>    Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**NOTICE OF FILING EXHIBITS** |

   Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files exhibits to petitioner's Brief on the Merits Regarding Petition for Writ of Habeas Corpus 28 U.S.C. § 2254 (Docket No. 84).  These exhibits are being *filed and served* conventionally, in multiple volumes, as directed by the Clerk's Office.

///

///

///

DATED this 31st day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 31, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes