Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions
    and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Ken_Rosenstein@law.state.ak.us

Attorney for Respondent Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:02-cv-0224-HRH-JDR |
| ) | |
| CRAIG TURNBULL, ) | UNOPPOSED MOTION FOR |
| ) | EXTENSION OF TIME |
| Respondent. ) | |
| ) | |

The respondent requests a 60-day extension of time for the filing of its response to Earl's brief on the merits. The response is presently due on February 15, 2007. The extended due date would be April 16, 2007. This motion is supported by the affidavit of counsel filed herewith.

DATED this 13th day of February, 2007.

        TALIS J. COLBERG
        ATTORNEY GENERAL

        <u>s/ Kenneth M. Rosenstein</u>
          Assistant Attorney General
          State of Alaska, Dept. of Law
          Office of Special Prosecutions
            and Appeals
        310 K St., Suite 308
        Anchorage, Alaska 99501
        Telephone: (907) 269-6250
        Facsimile: (907) 269-6270
        e-mail: Ken_Rosenstein@law.state.ak.us
        Alaska Bar. No. 7605051

**Certificate of Service**

I certify that on February 13, 2007, a copy of the foregoing Unopposed Motion for Extension of Time and Proposed Order was served electronically on Mary Geddes.

_Vivien M. Noll_
Vivien M. Noll