IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> CRAIG TURNBULL, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:02-cv-0224-HRH-JDR <br><br> **PROPOSED** <br> <u>ORDER GRANTING EXTENSION</u> <br> <u>OF TIME</u> |

THIS MATTER having come before the court on the respondent's motion for extension of time, and the court being fully advised thereof;

IT IS HEREBY ORDERED that the response to Earl's brief on the merits is due on April 16, 2007.

Dated this _____ day of _____, 2007.

_____
John D. Roberts
United States Magistrate Judge