Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions
     and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Ken_Rosenstein@law.state.ak.us

Attorney for Respondent Turnbull

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:02-cv-0224-HRH-JDR |
| ) | |
| CRAIG TURNBULL, ) | AFFIDAVIT OF COUNSEL |
| ) | |
| Respondent. ) | |
| ) | |

Kenneth M. Rosenstein declares under oath:

1. I am the lawyer representing the respondent in this case.

2. Earl filed his brief on the merits on January 29, 2007, and the response was due 17 days later on February 15. When the original briefing schedule was set on April 21, 2006, the respondent was given 40 days to respond to Earl's brief on the merits. [*See* Docket 62]

3. I will need additional time of 60 days to prepare the response to the brief on the merits. I do not anticipate needing more time after that.

4. Earl received extensions of time for the filing of his brief totaling more than 240 days.

5. I've spoken with Earl's lawyer, Mary Geddes, and she does not oppose the respondent's request.

_____

SUBSCRIBED AND SWORN TO before me this 13th day of February, 2007.



_____
Notary Public for Alaska

### Certificate of Service

I certify that on February 13, 2007, a copy of the foregoing Affidavit of Counsel was served electronically on Mary Geddes.

_____
Vivien M. Noll