# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

JACK LAWRENCE EARL JR v. CRAIG TURNBULL

**Case No. 3:02-cv-00224-HRH-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

By agreement of the magistrate judges, and at the direction of the Chief Judge, the referral in the above-referenced case is hereby reassigned to the Honorable Deborah M. Smith, U.S. Magistrate Judge. Please use the following case number on all future filings: 3:02-cv-00224-HRH-DMS.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**
February 14, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CV\3-02-cv-00224-HRH-JDR EARL 2254 Transfer of USMJ Referral.wpd