Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken_rosenstein@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,                )<br>                                              )<br>              Petitioner,        )<br>                                              )<br>    vs.                                    )<br>                                              )<br> CRAIG TURNBULL,          )<br>                                              )<br>              Respondent.      )<br>_____) | No. 3:02-cv-224-HRH<br><br>ORDER GRANTING LEAVE TO FILE NON-PROGRESSIVELY NUMBERED EXHIBIT |

THIS MATTER having come before the court on the respondent's motion for leave to file non-progressively numbered exhibit, and the court being fully advised thereof:

IT IS ORDERED that the motion is granted.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
United States District Judge

Case 3:02-cv-00224-HRH    Document 91-2    Filed 04/17/2007    Page 2 of 2