Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>             Petitioner,<br><br>    vs.<br><br>CRAIG TURNBULL,<br><br>             Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>*Filed on Shortened Time* |

Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a two-week extension of time within which to file a reply to respondent's Response to Brief on the Merits and Motion to Dismiss.  The Response was filed on April 17, 2007, at Docket 90.  Petitioner's reply currently is due April 26, 2007.  This motion is unopposed by respondent's counsel, Ken Rosenstein.

This extension of time is sought in order to effectively assist Mr. Earl in this habeas appeal.  Counsel has not yet had the opportunity to speak with Mr. Earl, who is incarcerated in Arizona, to confirm his receipt of the Response and to obtain his input.  Additionally, due to the

length of the briefing (34 pages) and the press of other business, additional time is required for the preparation of this response.

DATED this 26th day of April 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on April 26, 2006,
a copy of the foregoing document
was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes