Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>          Petitioner,<br><br>   vs.<br><br>CRAIG TURNBULL,<br><br>          Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>*Filed on Shortened Time* |

      Petitioner, Jack L. Earl, Jr., by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for one additional week in which to file a reply to respondent's Response to Brief on the Merits and Motion to Dismiss.  The Response was filed on April 17, 2007, at Docket 90.  Petitioner's reply currently is due today, May 10, 2007.  This motion is unopposed by respondent's counsel, Ken Rosenstein.

      This extension of time is sought in order to effectively assist Mr. Earl in this habeas appeal.  Counsel has now spoken with Mr. Earl, who is incarcerated in Arizona, most recently yesterday, with respect to his concerns.  Counsel requires some additional time to ensure that his concerns are well addressed in her reply.

DATED this 10th day of May, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 10, 2007,
a copy of the foregoing document
was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes