UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>    Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**PROPOSED ORDER GRANTING EXTENSION OF TIME** |

  After due consideration of petitioner's Unopposed Motion on for Extension of Time to File Reply, the motion is GRANTED. Petitioner shall have until May 17, 2007, within which to file a reply to the response to brief on the merits and motion to dismiss.

  DATED _____, 2007, in Anchorage, Alaska.


_____
Deborah M. Smith
United States Magistrate Judge