Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken_rosenstein@law.state.ak.us

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) | |
| ) | |
| Petitioner, ) | No. 3:02-cv-224-HRH |
| ) | |
| vs. ) | |
| ) | NOTICE OF LODGING |
| CRAIG TURNBULL, ) | |
| ) | |
| Respondent. ) | |
| ) | |

The Petitioner is herby notified that the Respondent has lodged the January 1, 1994 interview tape in *State vs. Earl*, 3AN-94-30 CR, with this court.

DATED this 31st day of May, 2007, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL OF
THE STATE OF ALASKA

s/ Kenneth M. Rosenstein

Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: ken_rosenstein@law.state.ak.us
Alaska Bar. No. 7605051

**Certificate of Service**

I certify that on May 31, 2007 , a copy of the foregoing **Notice of Lodging** was served electronically on **Mary Geddes**
<u>s/ **Kenneth M. Rosenstein**</u>