Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>              Petitioner,<br><br>vs.<br><br>CRAIG  TURNBULL,<br><br>              Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR FILING OBJECTIONS TO THE INITIAL REPORT AND RECOMMENDATION REGARDING PETITIONER'S BRIEF ON THE MERITS OF THE PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner, JACK L. EARL, JR.,  by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby requests an extension of time to file his objections to the Initial Report and Recommendation (Docket No. 100) regarding his Brief on the Merits of the Petition for Writ of Habeas Corpus (Docket No. 84).  Objections are due March 14, 2008.  Counsel for the petitioner is out-of-district and will not return to the office until March 18, 2008.  Counsel respectfully requests and extension of time to file objections until at least March 24, 2008.

      Counsel for Respondent, Kenneth M. Rosenstein, Office of Special Prosecutions and Appeals, does not oppose this continuance.

      DATED this 11th day of March 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on March 11, 2008,
a copy of the *Motion on Shortened Time to Continue Deadline for Filing Objections to the Initial Report and Recommendation Regarding Petitioner's Brief on the Merits of the Petition for Writ of Habeas Corpus* was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes