UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>CRAIG TURNBULL,<br><br>　　　　　Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**PROPOSED ORDER** |

　　　　After due consideration of petitioner's Unopposed Motion on Shortened Time to Continue Deadline for Filing Objections to the Initial Report and Recommendation Regarding Petitioner's Brief on the Merits of the Petition for Writ of Habeas Corpus, the court GRANTS/DENIES the motion.

　　　　IT IS HEREBY ORDERED that the deadline for the petitioner to file his objections to the Initial Report and Recommendation is continued from March 14, 2008, to March _____, 2008. Response to the objections shall be filed by _____, 2008.

　　　　DATED March _____, 2008, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEBORAH M. SMITH
　　　　　　　　　　　　　　　　　　United States Magistrate Judge