Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>          Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>          Respondent. | Case No. 3:02-cv-0224-HRH<br><br>**SECOND UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR FILING OBJECTIONS TO THE INITIAL REPORT AND RECOMMENDATION REGARDING PETITIONER'S BRIEF ON THE MERITS OF THE PETITION FOR WRIT OF HABEAS CORPUS** |

       Petitioner, JACK L. EARL, JR., by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby requests an extension of time to file his objections to the Initial Report and Recommendation (Docket No. 100) regarding his Brief on the Merits of the Petition for Writ of Habeas Corpus (Docket No. 84). This motion is unopposed by Ken Rosenstein, counsel for the Respondent. Objections are now due March 21, 2008. Counsel respectfully requests and extension of time to file objections until at least March 26, 2008.

A delay is requested to allow for an attorney client consultation. Mr. Earl, who is incarcerated in Arizona, has only this afternoon received the court's initial recommendations, even though defense counsel's office placed them in the mail on March 10 or 11, 2008.

DATED this 21st day of March 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 21, 2008, a copy of the *Second Motion on Shortened Time to Continue Deadline for Filing Objections to the Initial Report and Recommendation Regarding Petitioner's Brief on the Merits of the Petition for Writ of Habeas Corpus* was served electronically on:

Kenneth M. Rosenstein, Esq.

/s/ Mary C. Geddes