UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>        Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>        Respondent. | Case No. 3:02-cv-0224-HRH (dms)<br><br>**PROPOSED ORDER GRANTING TIME** |

After due consideration of petitioner's Second Unopposed Motion on Shortened Time to Continue Deadline for Filing Objections to the Initial Report and Recommendation Regarding Petitioner's Brief on the Merits of the Petition for Writ of Habeas Corpus, the court GRANTS the motion.

IT IS HEREBY ORDERED that the deadline for the petitioner to file his objections to the Initial Report and Recommendation is continued from March 21, 2008, to March 26, 2008. Response to the objections shall be filed by _____, 2008.

DATED March _____, 2008, in Anchorage, Alaska.

_____
DEBORAH M. SMITH
United States Magistrate Judge