Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken.rosenstein@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> CRAIG TURNBULL, ) <br> ) <br> Respondent. ) <br> ) | No. 3:02-cv-224-HRH <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO INITIAL REPORT AND RECOMMENDATION |

The respondent moves for a 14-day extension of time within which to file its response to Earl's objections to the initial report and recommendation of the magistrate judge. The response is presently due on April 1, 2008. The extended due date would be April 15, 2008. No previous extensions have been granted. The respondent needs the additional time to formulate an adequate response to Earl's objections. This motion is unopposed.

DATED this 1st day of April, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL OF
THE STATE OF ALASKA

<u>s/ Kenneth M. Rosenstein</u>
   Assistant Attorney General
   Office of Special Prosecutions and Appeals
   310 K Street, Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: ken.rosenstein@alaska.gov
   Alaska Bar. No. 7605051

**Certificate of Service**

I certify that on April 1, 2008, a copy of the foregoing **Unopposed motion for extension of time to file objections to initial report and recommendation** was served electronically on **Mary Geddes.**

<u>s/ **Kenneth M. Rosenstein**</u>