IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> CRAIG TURNBULL, ) <br> ) <br> Respondent. ) <br> _____ ) | No. 3:02-cv-224-HRH <br><br> PROPOSED ORDER EXTENDING TIME TO FILE OBJECTIONS TO INITIAL REPORT AND RECOMMENDATION |

THIS MATTER having come before the court on the respondent's unopposed motion for extension of time, and the court being fully advised;

IT IS HEREBY ORDERED that the respondent's motion is granted and his response to Earl's objections to the initial report and recommendation of the magistrate judge is due on April 15, 2008.

DATED this ____ day of April, 2008, at Anchorage, Alaska.

_____
United State Magistrate Judge