The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

13 pt. Centrury Schoolbook  
270 words

Exh. 1