The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.  The quick brown fox jumps over the lazy dog.

10 pt. Times New Roman                                                                                         Exh. 2
675 words