Kenneth M. Rosenstein
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: ken.rosenstein@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| JACK L. EARL, JR., | ) | |
| | ) | |
| Petitioner, | ) | No. 3:02-cv-224-HRH |
| | ) | |
| vs. | ) | PROPOSED ORDER GRANTING |
| | ) | MOTION TO ACCEPT OVER- |
| CRAIG TURNBULL, | ) | LENGTH RESPONSE OBJECTIONS |
| | ) | TO MAGISTRATE JUDGE'S |
| Respondent. | ) | REPORT AND RECOMMENDATION |
| | ) | |

This matter having come before the court on the respondent's motion to accept overlength response to magistrate judge's report and recommendation, and the court being fully advised;

IT IS HEREBY ORDERED that the respondent's motion is granted and his overlength response is accepted as filed.

DATED this 14th day of April, 2008.

_____
United States Magistrate Judge