

RECEIVED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JACK L. EARL, JR.,
    Plaintiff,

v.

CRAIG TURNBULL,
    Defendant.

Case Number 3:02-cv-00224-HRH

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the petition for writ of <u>habeas corpus</u> is dismissed.

APPROVED:

REDACTED SIGNATURE

H. Russel Holland
United States District Judge

7/24/08
Date:

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Ida Romack, Clerk of Court

[302cv224HRH-Earl Judgment.wpd]{JMT2.WPT*Rev.3/03}