UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK L. EARL, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>    Respondent. | Case No. 3:02-cv-0224-HRH-DMS<br><br>**PROPOSED<br>ORDER GRANTING CERTIFICATE<br>OF APPEALABILITY** |

  After due consideration of petitioner's Motion for Certificate of Appealability, the court GRANTS/DENIES the motion.

  DATED _____, 2008, in Anchorage, Alaska.

                _____
                H. Russel Holland
                United States District Court Judge