IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JACK L. EARL, JR.,                  )
                                    )
                    Petitioner,     )
                                    )
         vs.                        )
                                    )
CRAIG TURNBULL,                     )
                                    )   No. 3:02-cv-0224-HRH
                    Respondent.     )
_____)
```

O R D E R

Motion for Certificate of Appealability[1]

Petitioner moves for a certificate of appealability as to this court's decision that he had not adequately exhausted part of Claim 4. He also seeks a certificate of appealability on the merits of Claim 2 and redacted Claim 4.

The motion for a certificate of appealability as to the foregoing issues is granted.

DATED at Anchorage, Alaska, this <u>6th</u> day of August, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 115.

- 1 -