UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  <u>Earl v Turnbull</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.:  <u>H. RUSSELL HOLLAND - 3:02-cv-00224-HRH</u>
Date Petition Filed:  9/10/02
Date Appealed Judgment *entered*: 7/25/08
Date NOA *filed*:  <u>8/6/08</u>
COA Status (check one):
  <u>X</u>  granted in full (attach order)      __ denied in full (send record)
  __ granted in part (send record)      __ pending

Court Reporter(s) Name and Phone Number:  <u>None.</u>

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid:  <u>Not Paid</u>       Date Docket Fee billed: __
Date FP granted:  _                          Date FP denied: __
Is FP pending?  __ no                        Was FP Limited/Revoked?
US Government Appeal?  __ no                 Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                           Appellee Counsel:

**Mary C. Geddes**                           **Kenneth M. Rosenstein**
Federal Public Defender's Agency             Office of Special Prosecutions and Appeals
601 W. 5th Ave., Suite 800                   Alaska Department of Law
Anchorage, AK 99501                          310 K Street, Suite 308
                                             Anchorage, AK 99501

__ retained    __ CJA    <u>X</u> FPD    __ FPD    __ Other     Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __                Address: __
Custody: __                    Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

Name and phone number of person completing this form:  <u>Nancy Lealaisalanoa -907-677-6122</u>