

RECEIVED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 19 2008
FILED
DOCKETED _____
DATE _____ INITIAL

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Earl v Turnbull</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>H. RUSSELL HOLLAND - 3:02-cv-00224-HRH</u>
Date Petition Filed: 9/10/02
Date Appealed Judgment *entered*: 7/25/08
Date NOA *filed*: <u>8/6/08</u>
COA Status (check one):
 <u>X</u> granted in full (attach order)    __ denied in full (send record)
 __ granted in part (send record)    __ pending

08-35684

Court Reporter(s) Name and Phone Number: <u>None.</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
| | |
|---|---|
| Date Docket Fee paid: <u>Not Paid</u> | Date Docket Fee billed: __ |
| Date FP granted: __ | Date FP denied: __ |
| Is FP pending? __ no | Was FP Limited/Revoked? |
| US Government Appeal? __ no | Companion Cases? Please list: __ |

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Mary C. Geddes** | **Kenneth M. Rosenstein** |
| Federal Public Defender's Agency | Office of Special Prosecutions and Appeals |
| 601 W. 5th Ave., Suite 800 | Alaska Department of Law |
| Anchorage, AK 99501 | 310 K Street, Suite 308 |
| | Anchorage, AK 99501 |

__ retained   __ CJA   <u>X</u> FPD   __ FPD   __ Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __            Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Nancy Lealaisalanoa -907-677-6122</u>